UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IN RE:                                                    :

EX PARTE APPLICATION OF                  :        Misc. Action No.  20-mc-167
REPUBLIC OF KHAZAKHSTAN FOR
AN ORDER TO OBTAIN DISCOVERY FOR  :
USE IN FOREIGN PROCEEDINGS
PURSUANT TO 28 U.S.C. § 1782             :
------------------------------------------------------------x

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

     I am admitted to practice in this court, and I appear in this case as co-counsel for the Republic of Kazakhstan.


Dated: March 20, 2020
       New York, New York

                                  Respectfully submitted,

                                  CURTIS, MALLET-PREVOST,
                                   COLT & MOSLE LLP

                              BY:   */s/ Jason D. Wright*
                                   Jason D. Wright
                                   101 Park Avenue
                                   New York, New York 10178
                                   Tel. 212-696-6000
                                   Fax  917-368-8833
                                   jwright@curtis.com

                                  *Attorney for Petitioner*