UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Ex Parte Application of Republic of Kazakhstan for an Order to Obtain Discovery for Use in Foreign Proceedings Pursuant to 28 U.S.C. § 1782 | Case No. 20-MC-167-JMF |

## NOTICE OF MOTION TO INTERVENE

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 24 and 45, Anatolie Stati, Gabriel Stati, Ascom Group, S.A., and Terra Raf Trans Traiding Ltd. ("Stati Parties" or "Intervenors") will respectfully move this Court for an order permitting Intervenors to intervene under Fed. R. Civ. P. 24(a)(2) and 24(b)(1) for the limited purpose of opposing the application of the Republic of Kazakhstan ("RoK") for an Order Under 28 U.S.C. § 1782.

Dated: New York, New York
       May 15, 2020

The motion to intervene is granted, substantially for the reasons stated in the memorandum of law. The Court reserves judgment on the merits pending ROK's reply, which is due by May 29, 2020. See ECF No. 15. The Clerk of Court is directed to terminate ECF No. 16. SO ORDERED.

*[signature]*

May 19, 2020

Respectfully submitted,

/s/ James E. Berger
James E. Berger
Charlene C. Sun
Enrique J. Molina
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
(212) 556-2100
(212) 556-2222 (fax)
jberger@kslaw.com

*Attorneys for Anatolie Stati, Gabriel Stati, Ascom Group, S.A., and Terra Raf Trans Traiding Ltd.*