UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
IN RE:                                              :

EX PARTE APPLICATION OF                             :        Case No. 20-MC-167-JMF
REPUBLIC OF KAZAKHSTAN FOR
AN ORDER TO OBTAIN DISCOVERY FOR                    :
USE IN FOREIGN PROCEEDINGS
PURSUANT TO 28 U.S.C. § 1782                        :
-------------------------------------------------------------x

### [PROPOSED] ORDER

Pursuant to the Notice of Voluntary Dismissal filed by the Applicant/Petitioner of the Application [ECF 1] for assistance in aide of a foreign proceeding pursuant to 28 U.S.C. § 1782, the Court dismisses the Application without prejudice, with each party bearing its own costs, including attorneys fees.

**SO ORDERED** this ___first___ day of _____June_____, 2020.

The Clerk of Court is directed to close the case.

_____
Hon. Jesse M. Furman
United States District Judge